UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **ESTHER OYINDAMOLA AKINRINOLA** | **DOCKET NO. 6:24-cv-1030** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **HELEN GRIMES** | **MAGISTRATE JUDGE AYO** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the instant petition be **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** in chambers this 17th day of April, 2025.

_____
**ROBERT R. SUMMERHAYS**
**UNITED STATES DISTRICT JUDGE**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **ESTHER OYINDAMOLA AKINRINOLA** | **DOCKET NO. 6:24-cv-1030** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **HELEN GRIMES** | **MAGISTRATE JUDGE AYO** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the instant petition be **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED** in chambers this 17th day of April, 2025.

_____
**ROBERT R. SUMMERHAYS**
**UNITED STATES DISTRICT JUDGE**